AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

ANTHONY LEWIS,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:11-CV-00090-LRH-VPC**

C/O J. MILLICAN, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that plaintiff's complaint (docket #s 1-1 and #5) is **DISMISSED** for failure to state a claim for which relief may be granted.


  May 2, 2011                                         **LANCE S. WILSON**
                                                                     Clerk


                                                                       /s/ D. R. Morgan
                                                                        Deputy Clerk