1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8

9   ANTHONY LEWIS,                      )
           #96337                       )
10                                      )
               Plaintiff,               )       3:11-cv-00090-LRH-VPC
11                                      )
    vs.                                 )
12                                      )       **ORDER**
    C/O J. MILLICAN, *et al.*,          )
13                                      )
               Defendants.              )
14  _____ /

15          This is a prisoner action brought pursuant to 42 U.S.C. § 1983.  On April 25, 2011, this court

16  dismissed this action for failure to state a claim for which relief may be granted (docket #7) and

17  judgment was entered on May 2, 2011 (docket #9).  Plaintiff filed a notice of appeal on May 11, 2011

18  (docket #10).

19          On May 18, 2011, the Ninth Circuit Court of Appeals referred this matter to this court for the

20  limited purpose of determining whether *in forma pauperis* status should continue for the appeal or

21  whether the appeal is frivolous or taken in bad faith.  This court certifies that any *in forma pauperis*

22  appeal from its Order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).  *See*

23  *Coppedge v. United States*, 369 U.S. 438, 445 (1962); *Gardner v. Pogue*, 558 F.2d 548, 550 (9th Cir.

24  1977) (indigent appellant is permitted to proceed *in forma pauperis* on appeal only if appeal would not

25  be frivolous).

26  ///

27  ///

28  ///

1      **IT IS THEREFORE ORDERED** that this court **CERTIFIES** that any *in forma pauperis*

2  appeal from its Order dated April 25, 2011 (docket #7) would not be taken "in good faith" pursuant to

3  28 U.S.C. § 1915(a)(3).

4

5      DATED this 31st day of May, 2011.

6

7

8
                  LARRY R. HICKS

9                  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28